John S. Delikanakis (NV Bar No. 5928)
Molly Stubblefield (NV Bar No. 16993)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NR HENDERSON 215 LLC, a Delaware limited liability company,<br>Plaintiff,<br>vs.<br>TODD LEANY, an individual,<br>Defendant. | Case No. 2:26-CV-01256-JCM-NJK<br><br>**JUDGMENT** |

The Clerk of the Court, having reviewed Plaintiff's Application for Default Judgment, and all other papers on file, GRANTS the Application.

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that Plaintiff is awarded Judgment in its favor and against Defendant Todd Leany as follows:

Plaintiff is awarded damages in the amount of **$414,763.20 plus pre-judgment interest accruing at a rate of 10.75% from February 1, 2026, until the entry of judgment, plus post-judgment interest accruing at a rate of 10.75% from the date of the entry of judgment until the judgment is paid in full.**

This judgment is exclusive of attorneys' fees and costs, which Plaintiff remains free to seek under the Federal Rules of Civil Procedure, the Local Rules of this Court, and the terms of

///

///

///

///

SNELL & WILMER

the Lease.

**IT IS SO ORDERED.**

Date: 9/3/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

SNELL
& WILMER