John S. Delikanakis (NV Bar No. 5928)
Molly Stubblefield (NV Bar No. 16993)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
mstubblefield@swlaw.com

*Attorneys for Plaintiff*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NR HENDERSON 215 LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TODD LEANY, an individual,<br><br>Defendant. | Case No. 2:26-CV-01256-JCM-NJK<br><br>**MOTION TO SET ASIDE JUDGMENT WITHOUT PREJUDICE** |

Plaintiff NR Henderson 215 LLC ("Plaintiff"), by and through its counsel, Snell & Wilmer L.L.P., respectfully moves this Court pursuant to Federal Rule of Civil Procedure 60(a) to correct the inadvertent entry of the Default Judgment on September 3, 2026 [ECF No. 9]. The Default Judgment was entered by the Clerk as a result of apparent clerical oversight, despite a Suggestion of Bankruptcy on file alerting the Court that Defendant had filed a Chapter 7 bankruptcy petition triggering the automatic stay under 11 U.S.C. § 362(a). This Motion is supported by the following memorandum of points and authorities.

**<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

## I. RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

1. NR Henderson filed its Complaint against Defendant Todd Leany ("Leany") on April 23, 2026. [ECF No. 1.]
2. Leany was served with the Complaint and Summons on April 27, 2026, via substitute service on his wife at his residence. [ECF No. 4.]

3. After Leany failed to respond, Plaintiff filed a Motion for Entry of Clerk's Default on May 26, 2026. [ECF No. 5.]
4. The Clerk entered default against Leany on June 25, 2026. [ECF No. 6.]
5. On July 29, 2026, Plaintiff filed an Application for Default Judgment. [ECF No. 7.]
6. **On July 24, 2026—five days before Plaintiff filed its Application for Default Judgment—Leany filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada, Case No. 26-14662-mkn. [ECF No. 8, Ex. 1.]**
7. **Upon learning of the bankruptcy filing, Plaintiff filed a Suggestion of Bankruptcy on August 3, 2026, alerting this Court to Leany's bankruptcy case and the automatic stay. [ECF No. 8.]**
8. Despite the pending bankruptcy case and the Suggestion of Bankruptcy on file, the Clerk entered a Default Judgment against Leany on **September 3, 2026**. [ECF No. 9.]

## II. THE DEFAULT JUDGMENT WAS ENTERED AS THE RESULT OF A CLERICAL MISTAKE.

Federal Rule of Civil Procedure 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). Rule 60(a) is designed to correct errors that are mechanical in nature. Under 11 U.S.C. § 362(a), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy] case." 11 U.S.C. § 362(a)(1).

At the time the Clerk processed the Application for Default Judgment, a Suggestion of Bankruptcy was already on the docket [ECF No. 8], filed on August 3, 2026. This Suggestion of Bankruptcy alerted the Court that Leany had filed a voluntary Chapter 7 bankruptcy petition on July 24, 2026, in the United States Bankruptcy Court for the District of Nevada, Case No. 26-14662-mkn.

SNELL & WILMER

The Default Judgment should not have been entered on September 3, 2026, because the bankruptcy automatic stay pursuant to 11 U.S. Code § 362 bar proceedings against Leany. The Suggestion of Bankruptcy was on file for a full month before the Clerk entered judgment, yet the judgment was entered in apparent oversight of that filing. This is the type of clerical mistake that Rule 60(a) is designed to correct.

**III. CONCLUSION**

Plaintiff respectfully requests that this Court correct the clerical mistake in the record by setting aside the Default Judgment entered on September 3, 2026 [ECF No. 9] **without prejudice** pursuant to Federal Rule of Civil Procedure 60(a), and for such other and further relief as this Court deems just and proper.

Dated: September 3, 2026

SNELL & WILMER L.L.P.

*/s/ John S. Delikanakis*

John Delikanakis (NV Bar No. 5928)
Molly Stubblefield (NV Bar No. 16993)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk must vacate the Default Judgment (ECF No. 9) as entered in error.

IT IS FURTHER ORDERED that the Clerk must reopen this case and apply the Stay flag pending Defendant Todd Leany's bankruptcy proceedings.

U.S. District Judge

Date: September 3, 2026

SNELL & WILMER